## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUAN ANTONIO AGUILAR-MORALES,<br><br>                Defendant. | CASE NO. 10CR3553-GT<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of the Indictment/Information: <u>8:1326(a) and (b) - Deported Alien Found in the United States (Felony)</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/25/10

                                               GORDON THOMPSON, JR.
                                               UNITED STATES DISTRICT JUDGE